**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**Alyssa Pearson,**

      **Plaintiff,**

**v.**                                            **Civ. No. 1:25-cv-00570-GJF-JHR**

**New Mexico State University,
Board of Regents of New Mexico State (in their official capacity),
Dan E. Arvizu, Jay Gogue, Monica E. Torres, President and/or
Chancellor of New Mexico State University (in his official capacity),
New Mexico Department of Agriculture,
Jason New (Individually and in his official capacity),
Felicia Chacon Frost (Individually and in her official capacity),
Cheryl Mason (Individually and in her official capacity),
Anthony Para (Individually and in his official capacity),
Mari Longpre (Individually and in her official capacity),
Aisha Gutierrez (Individually and in her official capacity),
William Nutt (Individually and in his official capacity),
Desiree Stephens (Individually and in her official capacity),**

      **Defendants.**

## NOTICE OF AGREED-UPON EXTENSION

Defendants the New Mexico State University, Board of Regents of New Mexico State (in their official capacity), Dan E. Arvizu, Jay Gogue, Monica E. Torres, President and/or Chancellor of New Mexico State University (in his official capacity), New Mexico Department of Agriculture, Jason New (Individually and in his official capacity), Felicia Chacon Frost (Individually and in her official capacity), Cheryl Mason (Individually and in her official capacity), Anthony Para (Individually and in his official capacity), Mari Longpre (Individually and in her official capacity), Aisha Gutierrez (Individually and in her official capacity), William Nutt (Individually and in his official capacity), and Desiree Stephens (Individually and in her official capacity) (collectively hereinafter, "Defendants"), by and through the undersigned counsel of record, Garcia Law Group,

LLC (Bryan C. Garcia, Rodney L. Gabaldon, Alyxandria Callison Romero, and Jessica L. Czajkowski) and Plaintiff Alyssa Pearson, by and through counsel of record Law Office of Ryan D. Baughman, LLC (Ryan D. Baughman), have agreed to an extension of time for Defendants to file its response to Plaintiff's *Complaint for Damages*. Defendants shall file a response to the *Complaint* by July 9, 2025.

Respectfully submitted,

**GARCIA LAW GROUP, LLC**

*/s/ Alyxandria C. Romero*
Bryan C. Garcia
Rodney L. Gabaldon
Jessica L. Czajkowski
Alyxandria C. Romero
6739 Academy Road NE, Suite 200
Albuquerque, NM 87109
(505) 629-1576 / (505) 652-1337 (fax)
bgarcia@garcialawgroupllc.com
rgabaldon@garcialawgroupllc.com
jczajkowski@garcialawgroupllc.com
aromero@garcialawgroupllc.com
*Attorneys for Defendants*

Approved by:

**LAW OFFICE OF RYAN D. BAUGHMAN, LLC**

*/s/ approved via email on June 25, 2025*
Ryan D. Baughman, Esq.
814 Marquette Ave NW
Albuquerque, NM 87102
(505) 675-0732
Ryan@NMLawOffice.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CMECF on this, the 18th day of June 2025, which caused service to all counsel of record.


*/s/ Alyxandria C. Romero*
Alyxandria C. Romero