UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ALYSSA PEARSON,

      Plaintiff,

vs.                                  Case No. 1:25-cv-570 GJF/JHR

NEW MEXICO STATE UNIVERSITY, *et al*.,

      Defendants.

## ORDER OF REMAND

THIS MATTER has come before the Court on Plaintiff's Unopposed Motion for Remand [ECF 7]. Therein, Plaintiff explains that she "sought Defendants' consent to remand the Amended Complaint, filed concurrently, and it was agreed to." *Id*. at 2 ¶ 6.

Accordingly, the Court **GRANTS** the Motion to Remand and **ORDERS** that this case be remanded to the Second Judicial District Court, County of Bernalillo, State of New Mexico, for all further proceedings.[1] The Clerk of Court is directed to transmit to the state court administrator the court file and a certified copy of this Order.

      **SO ORDERED**.

                                      GREGORY J. FOURATT
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Although not all parties have filed consents or objections pursuant to Federal Rule of Civil Procedure 73, the undersigned infers the parties' consent to grant Plaintiff's unopposed motion to remand and remand the case back to state court. In the event any party *objects* to the undersigned doing so, its counsel should file a notice to that effect no later than 5:00 p.m. MDT on July 25, 2025, whereupon the undersigned will vacate the order and transfer the case to a United States District Judge to repeat the same process.