

# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

**Mitchell R. Elfers**
**Clerk of Court**

7/25/2025

Second Judicial District Court
400 Lomas Blvd NW
Albuquerque, NM 87102

RE: Pearson v. New Mexico State University et al; USDC: 25-cv-570 GJF/JHR

Dear Sir or Madam:

Please find enclosed a certified copy of the Order signed by U.S. Magistrate Judge Gregory J. Fouratt, along with copies of the entire case file, remanding this case to your Court.

Yours truly,
MITCHELL R. ELFERS
Clerk of Court

By:___Victoria Harvell_____
         Deputy Clerk